MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Fax: (408) 535-5066
    E-mail: john.glang@usdoj.gov

Attorneys for United States of America

FILED

NOV 26 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICARDO JAIMES CANO,<br><br>    Defendant. | CASE NO. 05-00287-DLJ<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

IT IS HEREBY STIPULATED by the undersigned that the court may exclude the period of time from November 7, 2013 through and including December 5, 2013 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below. It is so stipulated.

Dated: November 7, 2013

                                          /s/
                                      JOHN N. GLANG
                                      Assistant United States Attorney
                                      Northern District of California

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1

It is so stipulated:

Dated: November 7, 2013

/s/
MICHAEL W. ARMSTRONG
Attorney for Ricardo Jaimes Cano

## ORDER

The above-captioned case came before the court on Thursday, November 7, 2013 for initial appearance and arraignment on the indictment returned by the grand jury in this case. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the government and the defendant, the court hereby sets this case for initial appearance in district court before the Honorable D. Lowell Jensen on Thursday, December 5, 2013 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), the court excludes the period of time from November 7, 2013 through and including December 5, 2013, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of counsel for the defendant to review discovery in this case that has been provided to him by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

It is so ORDERED:

Dated: 11/25/2013

HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California

Nathanael Cousins

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

2