1  Michael W. Armstrong (SBN: 87799)



600 University Ave. \ Palo Alto, CA 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Ricardo Cano-Jaimes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR-05-00287 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER FOR CONTINUANCE OF SENTENCING HEARING** |
| RICARDO CANO-JAIMES, ET AL. | Date:      February 20, 2014 |
| Defendants. | Time:      10:00 a.m. |
|  | Before The Honorable D. Lowell Jensen |

Defendant, Ricardo Cano-Jaimes, through his counsel, Michael W. Armstrong, hereby offers the within stipulation and proposed order to Judge Jensen for a continuance of the sentencing hearing presently scheduled for February 20, 2014 at 10 :00 a.m.

The grounds for the stipulation are that the probation officer has not yet been able to complete her work in this matter to prepare her report, and she and both counsel are asking for a continuance to allow her time to do her routinely excellent job.

For these reasons, Mr. Cano-Jaimes, through his counsel, Michael W. Armstrong, and the government, through their counsel, John Glang, hereby stipulate to continue the sentencing date in

this case from the presently scheduled date of February 20, 2014 at 10 :00 a.m. to May 15, 2014, at 10 :00 a.m., before the Honorable D. Lowell Jensen.

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: February 19, 2014

/s/
_____
Michael W. Armstrong
Attorney for Defendant
Ricardo Cano-Jaimes

Dated: February 19, 2014

/s/
_____
John Glang
Assistant United States Attorney

## [] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing in this case as it relates to defendant Ricardo Cano-Jaimes is continued from February 20, 2014, to May 15, 2014, at 1:30 p.m. before the Honorable D. Lowell Jensen.

Dated: February 19, 2014

_____
HON. D. LOWELL JENSEN
United States District Court Judge